1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11 FRANCISCO ALFONZO NAVA,           )      NO. ED CV 17-2149-PSG(E)
                                     )
12                  Plaintiff,       )
                                     )      ORDER TO SHOW CAUSE RE
13     v.                            )
                                     )      DISMISSAL FOR FAILURE TO
14 COMMISSIONER OF SOCIAL SECURITY,  )
                                     )      PROSECUTE
15                                   )
                                     )
16                  Defendant.       )
   _____)
17

18      By Order filed October 24, 2017, the Court directed Plaintiff to

19 file a proof of service of the Summons and Complaint within thirty

20 (30) days of the date of that Order.  As of the present date, no such

21 proof of service has been filed.

22

23      IT IS ORDERED that Plaintiff shall appear before Magistrate

24 Judge Charles F. Eick in Courtroom 750 at 9:30 a.m., on **January 5,**

25 **2018**, and then and there shall show cause, if there be any, why this

26 action should not be dismissed for violation of this Court's previous

27 Order and for Plaintiff's failure to prosecute this action.  See Link

28 v. Wabash R.R., 370 U.S. 626, 629-30 (1952).

1   If proof of service of the Summons and Complaint is filed with

2   the Clerk and a copy delivered to the Chambers of the Magistrate Judge

3   before the hearing date, the Order to Show Cause Re Dismissal will be

4   taken off calendar and Plaintiff need not appear.

5

6   If no proof of service is filed and submitted prior to the

7   hearing, and if Plaintiff objects to dismissal of the action,

8   Plaintiff shall file a written objection to the dismissal, with points

9   and authorities, not later than ten (10) days prior to the hearing.

10  (Failure to file such objection within the time specified or failure

11  to appear at the hearing will be deemed a consent to the dismissal of

12  the action as proposed herein).

13

14  If Plaintiff does not object to the proposed dismissal, Plaintiff

15  shall so inform the Clerk in writing and Plaintiff's appearance at the

16  hearing will be excused.

17

18  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy

19  of this Order by United States mail on counsel for Plaintiff.

20

21        DATED:  December 5, 2017.

22

23

24                              _____/s/_____

                                  CHARLES F. EICK
25                        UNITED STATES MAGISTRATE JUDGE

26

27

28